GRIFFIN *et al. v.* BOOTH, administrator.

HILL, J. Under the pleadings and evidence in this case, there were issues of fact which should have been submitted to the jury under proper instructions from the court; and consequently the court erred in directing a verdict for the defendant.

*Judgment reversed. All the Justices concur.*

No. 7760. JANUARY 17, 1931.

*Remer Proctor* and *Francis B. Hunter,* for plaintiffs.
*Hinton Booth* and *Howell Cone,* for defendant.